COMMONWEALTH *vs.* GERALD F. THOMSON. June 7, 1982. The trial judge ruled correctly that the complaint charged one of the offences set out in G. L. c. 266, § 18: namely, breaking and entering a building with intent to commit a felony. Although the complaint did not state the value of the "gold and jewelry" said to have been stolen, under G. L. c. 266, § 20, a theft in a building is a felony regardless of the dollar value of the goods stolen. *Commonwealth* v. *Ronchetti,* 333 Mass. 78, 82 (1955). *Commonwealth* v. *Lattimore,* 6 Mass. App. Ct. 873 (1978).

The alleged failure on the part of the judge to give certain instructions to the jury was not the subject of an objection at trial and is raised for the first time on appeal. On reviewing the transcript we find no "substantial risk of a miscarriage of justice," *Commonwealth* v. *Freeman,* 352 Mass. 556, 564 (1967), such as to justify a new trial.

*Judgment affirmed.*

*Jane Larmon White* of the District of Columbia, for the defendant.
*Amy S. Wolsky,* Assistant District Attorney, for the Commonwealth.